BETTY HERRERA (242189)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VITA GRAHAM, | ) Civil No. 08-00729 PJH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (40) days up through and including Monday, July 28, 2008 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (11) in and around this time period.

1

STIPULATION AND ORDER

1
2
3       JOSEPH P. RUSSONIELLO
        United States Attorney
4
5
Dated: June 16, 2008          /s/
6                             ELIZABETH FIRER
                              Special Assistant U.S. Attorney
7
8
9
10
Dated: June 16, 2008          /s/
11                            BETTY HERRERA
                              Attorney for Plaintiff
12                            VITA GRAHAM
13
14  IT IS SO ORDERED.
15
16
Dated: 6/20/08
17                            _____
                              HAMILTON
18                            Judge
19
                              IT IS SO ORDERED
                              Judge Phyllis J. Hamilton
20
21
22
23
24
25
26
27
28

                              2
STIPULATION AND ORDER