BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VITA GRAHAM, | ) | Civil No. 08-00729 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, August 11, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (6) in and around this time period.

1

STIPULATION AND ORDER

1
2
3   JOSEPH P. RUSSONIELLO
    United States Attorney
4
5
6   Dated: July 25, 2008          /s/
                                  ELIZABETH FIRER
7                                 Special Assistant U.S. Attorney
8
9
10
11  Dated: July 25, 2008          /s/
                                  BETTY HERRERA
12                                Attorney for Plaintiff
                                  VITA GRAHAM
13
14  IT IS SO ORDERED.
15
16  Dated: 8/1/08
17
                                  IT IS SO ORDERED
18                                [signature]
                                  Judge Phyllis J. Hamilton
19
20
21
22
23
24
25
26
27
28

                                  2
    STIPULATION AND ORDER