BETTY HERRERA (242189)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VITA GRAHAM, | Civil No. 08-00729 PJH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, November 24, 2008 in which to e-file her Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (7) in and around this time period.

1

STIPULATION AND ORDER

1
2
3   JOSEPH P. RUSSONIELLO
    United States Attorney
4
5
6   Dated: October 21, 2008        /s/
                                   ELIZABETH FIRER
7                                  Special Assistant U.S. Attorney
8
9
10  Dated: October 21, 2008        /s/
11                                 BETTY HERRERA
                                   Attorney for Plaintiff
12                                 VITA GRAHAM
13
14  IT IS SO ORDERED.
15
16  Dated: 10/31/08
17                                 HON. _____
                                   United States District Judge
18
19

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

STIPULATION AND ORDER